UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Phillip Ainsworth et al., <br><br>                        Petitioners, <br><br>          v. <br><br>Spartan Capital Securities, LLC et al., <br><br>                        Respondents. | 25-CV-5039 (DEH) <br><br>ORDER |

DALE E. HO, United States District Judge:

On June 16, 2025, Petitioners filed a petition to vacate an arbitration award. Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to vacate by **July 9, 2025**. Respondents' opposition, if any, is due on **July 30, 2025**. Petitioners' reply, if any, is due **August 6, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **June 25, 2025**.

SO ORDERED.

Dated: June 18, 2025
       New York, New York

                                                          DALE E. HO
                                                          United States District Judge