## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

Purchased/Filed: June 16, 2025

Civil Action No.: 1:25-cv-05039

PHILLIP AINSWORTH, et al                                                      Plaintiff(s)

against

SPARTAN CAPITAL SECURITIES, LLC, et al                              Defendant(s)

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____Edward J. Bowmaker_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____June 16, 2025_____ , at __2:26 PM__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Petition to Vacate Arbitration Awards, Petition to Vacate Arbitration Awards, Exhibits 1-4

on

SICHENZIA ROSS FERENCE CARMEL LLP as attorneys for Defendant John Lowry_____ , the

Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.

__2__ true copies thereof and that at the time of making such service, deponent paid said Secretary

of State a fee of __40__ dollars; That said service was made pursuant to Section

_Partnership Law §121-1505 of NYS_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __43__ Approx. Wt: __225 lbs__ Approx. Ht: __5'8"__

Color of skin: __White__ Hair color: __Lt. Brown__ Sex: __Female__ Other: _____

Sworn to before me on this

__16th__ day of June 2025

_____
CARLA J. VINETTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VI6051462
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DEC. 4, 2026

_____
Edward J. Bowmaker
Attny's File No.
Invoice•Work Order # 1728054

*EXECUTIVE ATTORNEY SERVICE. INC. 100 CROSSWAYS PARK DR W. STE 402. WOODBURY. NY 11797*