<div align="center">

## SA Law Group, PLLC

1200 G Street NW, Suite 800
Washington, D.C. 20005
(202) 444-4222
brandon@arbitrationlawgroup.com
brndndei@gmail.com

</div>

<div align="right">April 3, 2024</div>

<u>VIA FINRA DR Portal</u>
FINRA Panel
Terresa Byrd
FINRA Dispute Resolution Services
55 W. Monroe, Suite 2600
Chicago, Illinois 60603

**RE:	FINRA Arbitration Number 23-00655**
	**Phillip Ainsworth, et al. v. Spartan Capital Securities, LLC**

Dear FINRA Panel:

    This firm represents the Claimants in the above-referenced file.

    Please be advised that counsel for Claimants has been very sick the past few months and is finally back in the office.  Please advise how we can get the case back on track.

    Thank you for your assistance in this matter.

<div style="margin-left:50%">

Very truly yours,

Brandon Dei, Esq.

</div>

Cc: All Counsel of Record