# ORDER

**Submitted By:** Michael Orticelle (On behalf of the arbitration panel)
**Submitted Date:** 08/08/2024 02:10:48 PM EST

**Case ID & Parties:**
*FINRA Dispute Resolution Services*
ORDER

**Case Number:** 24-00703

**In the Matter of the Arbitration Between**

| Claimant(s) | VS | Respondent(s) |
|---|---|---|
| Lenny F Millen, Jr. | | Spartan Capital Securities, LLC |
| James Hitchcock | | John D Lowry |
| Lorraine Hitchcock | | |
| Maurice Heard | | |
| James Hamlett | | |

## PREHEARING CONFERENCE

1. Was a prehearing conference held in the above captioned matter?
- ● **Yes**
- ○ No

a. Prehearing conference date:
A prehearing conference was held in the above captioned matter on *08/08/2024* at *12:25 PM Eastern Time Zone*

b. The following arbitrator(s) participated in the hearing:
Chairman: Michael Orticelle(Participated ☑)

Panelist: Lisa Proskin(Participated ☑)

Panelist: Linda Tvrdy(Participated ☑)

c. The following party representatives participated in the hearing:
Identify Claimant Representatives:
| *N/A* |
|---|

Identify Respondent Representatives:
| *N/A* |
|---|

d. FINRA Dispute Resolution Services staff attendee:
  ○ The following FINRA Dispute Resolution Services Staff person participated in the hearing:
  _____

- **Not applicable**

## ISSUES ADDRESSED

2. Issues addressed: (i.e., name of motion or request, by which party)
   - **The following pleadings have been addressed:**

   > *Respondent's Motion for a More Definite Statement of Claim from the Claimant.*

## ORDER DECIDED BY

3. Decided by:
   - ○ Chairperson
   - ● **Panel**

## RULINGS

4. Rulings:
   - **After considering the pleadings submitted by the parties (and oral arguments, if prehearing conference held), the Panel/Chairperson rules as follows:**

   > *The panel unanimously agrees to Grant the Respondent's motion. The Claimant shall submit a Statement of Claim and address the concerns outlined in the Respondent's motion.*

5. Order compliance date:
   - ● **The parties should comply with this order by *09/20/2024***
   - ○ Not applicable

## ASSESSMENT OF FEES

6. Cost of prehearing conference:
   - **If the parties settle this matter with no further hearings, the forum fees for this prehearing conference (or discovery-related motion decided without a prehearing conference) are assessed as follows:**

   **50**% to Claimant(s), jointly and severally

   **50**% to Respondent(s), jointly and severally

   _____% assessed to _____

©2024 FINRA. All rights reserved.

**_____% assessed to _____**

**_____% assessed to _____**

**_____% assessed to _____**

○ Not applicable

## **ATTACHMENTS**

There are no attached documents.