

| | |
|---|---|
| **TO:** | Brandon Dei, Esq. |
| **CC:** | Daniel S. Furst, Esq. |
| **From:** | Alejandra Candelario<br>Senior Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00703<br>Lenny F. Millen Jr., James Hitchcock, Lorraine Hitchcock, et al. vs. Spartan Capital Securities, LLC and John Lowry |
| **Date:** | December 20, 2024 |

Our office has received Claimant Counsel's Request to Update Counsel. Please be advised that in order to update or change counsel, new counsel must submit a notice of appearance.0.

If you have any questions, please do not hesitate to contact me at 212-858-4356 or by email at NEProcessingCenter@finra.org.


ACA:lfy:LC53A
idr: 02/18/2020

RECIPIENTS:
Brandon Dei, Esq., SA Law Group, PLLC, 223 Wall Street, Suite 377, Huntington, NY 11743
On Behalf Of: James Hamlett; Maurice Heard; James Hitchcock; Lorraine Hitchcock; Leonard F. Millen, Jr.

CC:
Daniel S. Furst, Esq., Sichenzia Ross Ference Carmel LLP, 1185 Avenue of the Americas, 31st Floor, New York, NY 10036
On Behalf Of: Spartan Capital Securities, LLC; John Lowry

Investor protection. Market integrity.    FINRA Dispute Resolution Services    Brookfield Place    t 212 858 4200
Northeast Regional Office    200 Liberty Street    www.finra.org
New York, NY 10281