*Mack Press, Esq.*
Securities Arbitration Law Group, PLLC
445 Park Avenue, 9th Floor
New York, NY 10022
(516) 330-7213
516.330.7213  mack@arbitrationlawgroup.com

---

February 5, 2025

                              Re:  FINRA Arbitration No. *24-00703*
                              *Lenny F. Millen Jr., et al.  vs. Spartan*
                              *Capital Securities, LLC and John Lowry*

Dear Panel:

      I wish to introduce myself and apologize in the same breath, which is never a great place to be in. My name is Mack Press, and I was just retained in the above referenced FINRA Arbitration by Claimants Lenny F. Millen Jr., James Hitchcock and Lorraine Hitchcock ("Claimants") to handle his arbitration case against Respondents going forward, and help cure all deficiencies respecting Claimants' arbitration claim (which were left astray and unattended by the former attorney, Brandon Dei, **but due to exceptional circumstances, described below.**)

      First, I firmly apologize to the Panel– for the neglect this case has seen on the part of Claimants' prior counsel, Brandon Dei, and his failure to respond to the Panel's Order for a Status Update in the case, dated 10/16/2024. However, exceptional circumstances occurred – circumstances that Claimants themselves just became aware of and which were out of their control – that caused Mr. Dei's inattention to this case.

      Specifically, I have been told that Mr. Dei had a nervous breakdown, and then a physical breakdown, while suffering from an extremely rare and uncomfortable and painful ailment (where a parasite from a cat hatched in his ears, and all he could hear was scratching and scratching in his head). The rampant scratching in his ears also did not allow him to sleep at all, so he began suffering from extreme insomnia and sleep deprivation. To complicate matters, I am told he did not communicate his situation to anyone else (including the Claimants). Rather, he suffered silently; and left his legal cases unattended. By the time he went for help, I am told he could not even understand or handle basic things. He was completely non-functional.

      In addition, when I took over the case in late December, the FINRA had a technical problem and FINRA was unable to restore the FINRA portal for several week (so I was not able to access this case until now).

      While I feel badly for Mr. Dei and wish him a speedy recovery, I respectfully request that the Panel does not blame Claimants under these circumstances and **for some additional time completely review the file; promptly cure all deficiencies in this case; and respond to the pending motions before the Panel**.

   I will attempt to speak with Respondents' counsel and, as I will convey to him, and as I hold out to the Panel, Claimant fully intends to arbitrate in good faith and in a prompt and professional manner going forward.

              Respectfully,

              <u>/s/ Mack Press</u>
              Mack Press, Counsel for Claimant