**From:** drportal@finra.org <drportal@finra.org>
**Sent:** Friday, March 14, 2025 1:02 PM
**To:** Scott Furst <SFurst@SRFC.LAW>
**Subject:** FINRA has posted a new document (re: Award) for Arbitration Case ID 24-00703 on the DR Portal

** This is an automated email. Do not reply to this email. **

FINRA has posted a new document to the FINRA Dispute Resolution Portal for the following Arbitration Case:

Case ID: 24-00703
Case Name: Lenny F. Millen Jr., James Hitchcock, Lorraine Hitchcock, et al. vs. Spartan Capital Securities, LLC and John Lowry
Document Subject: Award
Posted Date: 03/14/2025

The posted document contains the following attachments:
Award Service Letter.pdf
Award 24-00703.pdf

You can access the posted document by going here:
https://drportal.finra.org/Parties/Case/Arbitration/24-00703?linkType=DOC&subjectId=2733724
(Note: if you are not already logged into the DR Portal, you will first be taken to the login screen.)

Alternatively, please log into the DR Portal, select this case from "Arbitration Cases", and go to the "Documents" tab.

If you experience any difficulties logging into the DR Portal, please contact the FINRA Gateway Call Center at (301)590-6500.

If you experience technical difficulties using the DR Portal other than issues logging in, please contact the DR Portal Help Desk at (800) 700-7065.

If you have any specific questions about your case, please contact the FINRA Dispute Resolution regional office assigned to your case. Please include the Case ID in the subject line of your email.

Northeast Region: (212) 858-4200 or NEProcessingCenter@finra.org
Western Region: (213) 613-2680 or WPC@finra.org
Southeast Region: (561) 416-0277 or FL-Main@finra.org

Midwest Region: (312) 899-4440 or [MidwestProcessingCen@finra.org](mailto:MidwestProcessingCen@finra.org)

Sincerely,

FINRA Dispute Resolution Services


FINRA DR: PUBADOC