**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PHILLIP AINSWORTH, et. al.,

                         Petitioners,                       25 **CIVIL** 5039 (DEH)

         -against-                                   **JUDGMENT**

SPARTAN CAPITAL SECURITIES, LLC; and
JOHN LOWRY,

                         Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated February 19, 2026, the Petition to Vacate the Arbitration Awards is DENIED, Respondents' Motion to Confirm the Arbitration Awards is GRANTED, and, accordingly, the Arbitration Awards are CONFIRMED and the case is closed.

**Dated:**  New York, New York
          February 25, 2026

                                           **TAMMI M. HELLWIG**
                                           _____
                                               **Clerk of Court**

                  BY:         _____
                                           **Deputy Clerk**